U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 2 1 2015

TONY R. MOORE, CLERK
BY _____ /MB _____
             DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

---

| | |
|---|---|
| **DEMARCUS THOMAS** | **CIVIL ACTION NO. 15-109** |
| **VERSUS** | **JUDGE TRIMBLE** |
| **TIM KEITH, ET AL.** | **MAGISTRATE JUDGE KIRK** |

---

JUDGMENT

Before the court is the Report and Recommendation of the Magistrate Judge, wherein it is recommended that Plaintiff's claims under 42 U.S.C. § 1983 against defendants Tim Keith, Warden Bludworth, Daniel Marr, Tommy Glover, Virgil Lucas, Pamela Horn, Brenda Smiley, Captain Maxwell, Supervisor Napper, Mona Heyse, Martha Booker, the Louisiana Department of Corrections and Corrections Corporation of America ("CCA") be denied and dismissed with prejudice for failure to state a claim upon which relief may be granted.[1] The court has reviewed the entire record in this case, including the objections filed by the Plaintiff[2] and finds that the Magistrate Judge's recommendations are correct under applicable law and jurisprudence and, therefore it is hereby

**ORDERED, ADJUDGED** and **DECREED** that Plaintiff's claims against all named defendants in this suit, excluding those for denial of adequate medical care, are **DENIED** and **DISMISSED** with prejudice.

---

[1] R. 8.
[2] R. 10.

1

Plaintiff's claims for denial of adequate medical care, referenced only briefly in his complaint,[3] but detailed in Plaintiff's objections to the Report and Recommendation, are preserved for further proceedings.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 21st day of April, 2015.

                                              JAMES T. TRIMBLE, JR.
                                              UNITED STATES DISTRICT JUDGE

---

[3] R. 1.