U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 16 2017

TONY R. MOORE, CLERK
BY: _____ MB
          DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DEMARCUS K. THOMAS, Plaintiff | CIVIL ACTION NO. 1:15-CV-00109; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| TIMOTHY KEITH, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Defendants' Motion for Summary Judgment (Doc. 48) is GRANTED, that Plaintiff's Motion for Summary Judgment (Doc. 50) is DENIED, and that Plaintiff's claims against Defendants are DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 16th day of March, 2017.

JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE